UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Richie Company, L.L.P.,

Plaintiff,

v.

Lyndon Insurance Group, Inc.,

Defendant.

Civ. No. 00-2031 DSD/SRN

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER

The parties, through their undersigned counsel, hereby stipulate and agree that the time in which defendant must answer or otherwise respond to plaintiff's complaint is extended until and including October 2, 2000.

Dated: September 15, 2000.

FRUTH & ANTHONY, P.A.

By Norman J. Baer

Robert J. Tansey, Jr. (#108340)
Norman J. Baer (#163715)
John P. Boyle (#186946)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

Attorneys for Plaintiff

Dated: September 21, 2000.

BRIGGS AND MORGAN, P.A.

By Mark Schroeder

Mark G. Schroeder (#171530)
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 223-6600

Attorneys for Defendant

1208392.1

FILED SEP 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SO ORDERED:**

Dated: September 22, 2000.

Susan Richard Nelson
United States Magistrate Judge