**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Richie Company, LLP,**

**Plaintiff,**

**v.**

**Lyndon Insurance Group, Inc.,**

**Defendant.**

**Civil No. 00-2031 (DSD/SRN)**

**ORDER**

---

The above-entitled matter duly came on for hearing before the undersigned Magistrate Judge of District Court on February 5, 2001 at 9:30 a.m., pursuant to plaintiff's motion to compel discovery. Robert J. Tansey, Jr., Esq. of the law firm of Fruth & Anthony, P.A. appeared on behalf of the plaintiff. Mark G. Schroeder, Esq. of the law firm of Briggs and Morgan, P.A. appeared on behalf of the defendant.

Based upon the stipulations and argument of counsel and all of the files, records and proceedings herein, the Court makes the following Order:

1. On or before February 19, 2001, defendant shall supplement all of its answers to Plaintiff's First Set of Interrogatories and all of its responses to Plaintiff's First Request for Production of Documents by specifically stating which general objection of defendant, if any, applies to each of defendant's answers to interrogatories or responses to document requests.

2. On or before February 19, 2001, defendant shall supplement its answers to Plaintiff's Interrogatory Nos. 1, 4, 5, 6 and 7 by fully relating such facts as it knows which are responsive to such interrogatory.

FILED FEB 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. On or before May 6, 2001, defendant shall supplement its answer to Plaintiff's Interrogatory No. 9 by fully relating such facts as it knows which are responsive to such interrogatory.

4. On or before February 19, 2001, defendant shall inform plaintiff which of the companies or entities named in the Affidavits Kelly Whitaker, Mark Whiting and Roland Anderson (hereinafter singularly and collectively referred to as the "Companies") will not voluntarily produce the documents requested by plaintiff in Plaintiff's First Request for Production of Documents. Defendant shall also state the reason(s) that defendant will not voluntarily produce the documents requested by plaintiff.

5. Commencing with the date of this Order and ending thirty (30) days from the date of this Order, defendant shall produce the documents requested by plaintiff in Plaintiff's First Request for Production of Documents, subject to such objections as may be specified by defendant. To the extent that documents are not in the possession, custody or control of Lyndon and are not readily accessible by computer which predate Lyndon's or Protective Life's acquisition of the Companies, defendant need not produce them.

Dated: February 8, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge