**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Richie Company, L.L.P.,

Plaintiff,

v.

Lyndon Insurance Group, Inc.,

Defendant.

Civ. No. 00-2031 (DSD/SRN)

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER**

Plaintiff Richie Company, L.L.C. and defendant Lyndon Insurance Group, Inc., through their undersigned attorneys, hereby stipulate that the Pretrial Scheduling Order filed November 15, 2000 shall be amended in the following manner only:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By plaintiff on or before August 31, 2001.

   b. By defendant on or before September 30, 2001.

All other provisions of the Pretrial Scheduling Order filed on November 15, 2000 shall remain unchanged and effective.

FILED AUG 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: August 2, 2001

ANTHONY OSTLUND & BAER, P.A.

By ______________________
Robert J. Tansey, Jr. (108340)
Norman J. Baer (163715)
John P. Boyle (186946)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF
RICHIE COMPANY, L.L.P.

Dated: August 2, 2001

BRIGGS & MORGAN

By: ______________________
Mark G. Schroeder (#171530)
Michael H. Streater (#106331)
2200 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 223-6450

ATTORNEYS FOR DEFENDANT
LYNDON INSURANCE GROUP, INC.

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order filed November 15, 2000 is amended pursuant to the terms of the above Stipulation.

BY THE COURT:

Dated: Aug. 6, 2001

______________________
Susan Richard Nelson
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500