# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richie Company, LLP,

v.

Lyndon Insurance Group, Inc.

Case No. Civil 00-2031 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is granted and plaintiff's motion for partial summary judgment is denied. Accordingly, plaintiff's claims are dismissed with prejudice.

DATE: December 5, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

2/47